UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMORY RUSSELL, STEVE LYMAN;
GARY KELLEY; WAYNE KOONTZ;
LEE MALLOY; and LARRY ROBINSON,

    Plaintiffs,

vs.                                  No. 13-CV-00760 KG/LAM

THE NEW MEXICO INTERSTATE
STREAM COMMISSION, et al.,

    Defendants.

## ORDER GRANTING DEFENDANTS MOTION FOR EXTENSIONS OF TIME TO FILE THEIR REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT (DOC. 51) AND RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT (DOC. 61)

This matter came before the Court on the Unopposed Motion of Defendants for extensions of time in which to file a Reply Memorandum and Response in Opposition to certain Motions for Summary Judgment, set forth below.

The Court, having reviewed the motion, noting the concurrence of opposing counsel, and being otherwise advised, states that the relief requested should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants be and hereby are allowed an extension of time through May 12, 2014 in which to file their Reply Memorandum in support of Defendants Motion for Summary Judgment (Doc. 51) and their Response in Opposition to Plaintiffs Motion for Summary Judgment (Doc. 61).

_____
UNITED STATES DISTRICT JUDGE

HATCHER & TEBO, P.A.

By: */s/ Scott P. Hatcher*
     Scott P. Hatcher, Esq.
     150 Washington Ave., Suite 204
     Santa Fe, New Mexico  87501
     (505) 983-6525
     *Attorney for Defendants*

WARREN F. FROST, P.C.

By: *approved by email 4-30-14*
     Warren F. Frost, Esq.
     Post Office Box 641
     Logan, New Mexico  88426
     (575) 487-2422