UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMORY RUSSELL, STEVE LYMAN;
GARY KELLEY; WAYNE KOONTZ;
LEE MALLOY; and LARRY ROBINSON,

    Plaintiffs,

 vs.                                      No. 13-CV-00760 KG/LAM

THE NEW MEXICO INTERSTATE
STREAM COMMISSION, et al.,

    Defendants.

STIPULATED ORDER FOR EXTENSION OF PAGE LIMIT
FOR RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Extension of Page Limits for their Response to Plaintiffs' Motion for Summary Judgment, the Court having been advised that the Motion is unopposed by counsel for Plaintiffs, and the Court being otherwise advised in the premises, FINDS that the Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants shall have a page limit extension from twenty-four (24) pages to twenty-nine (29) pages for their Response to Plaintiffs' Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED:

HATCHER & TEBO, P.A.

By: */s/ Scott P. Hatcher*
     Scott P. Hatcher, Esq.
     150 Washington Ave., Suite 204
     Santa Fe, New Mexico 87501
     (505) 983-6525
     *Attorney for Defendants*

APPROVED:

WARREN F. FROST, P.C.

By: *5/12/14 Approved by email*
     Warren F. Frost, Esq.
     Post Office Box 641
     Logan, New Mexico 88426
     (575) 487-2422